SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>    vs.<br><br>FedEx Kinko's, Inc., et al,<br><br><br><br>           Defendants | Case No.: CIV.S 08-cv-00138-LEW-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS SPIEKER PROPERTIES #183, LP; EQUITY OFFICE PROPERTIES MANAGEMENT CORP.  AND ORDER**<br><br>Complaint Filed: JANUARY 18, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Spieker Properties #183, LP; Equity Office Properties Management Corp.) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Spieker Properties #183, LP; Equity Office Properties Management Corp.) are dismissed because Defendants are not proper parties to this action.

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                                                   CIV: S-08-00138-LEW-JFM

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 3, 2008 | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON<br>Plaintiff, In Pro Per |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: 03/04/2008 | /s/ Ronald S. W. Lew_____<br>HON. RONALD S. W. LEW |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-00138-LEW-JFM

PDF created with pdfFactory trial version www.pdffactory.com