SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>FedEx Kinko's, Inc., et al,<br><br><br>  Defendants | Case No.: CIV.S 08-cv-00138-LEW-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS FEDEX KINKO'S, INC.; FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. AND ORDER**<br><br>Complaint Filed: JANUARY 18, 2008<br><br>**CASE TO BE REMAINED OPEN TO AMEND ORIGINAL COMPLAINT** |

  **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (FedEx Kinko's, Inc.; FedEx Kinko's Office and Print Services, Inc.) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open for Plaintiff to amend the original complaint.  Defendants (FedEx Kinko's, Inc.; FedEx Kinko's Office and Print Services, Inc.) are dismissed because Defendants are not liable for property improvements related to the common areas of the subject property of this action.  The

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff will file a First Amended Complaint which will include the current property owners as defendants within 10 days from the date of this order.

Dated: March 14, 2008                               /s/Scott N. Johnson_____
                                                                   SCOTT N. JOHNSON
                                                                   Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: 03/14/2008

                                                                   /s/ Ronald S. W. Lew_____
                                                                   U. S. DISTRICT JUDGE

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                   CIV: S-08-00138-LEW-JFM

PDF created with pdfFactory trial version www.pdffactory.com