SCOTT N. JOHNSON, State Bar No. 166952
scottnjohnson@comcast.net
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone:    (916) 485-3516
Facsimile:    (916) 481-4224

Attorney for Plaintiff SCOTT N. JOHNSON

THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1 Market Steuart Tower, Suite 1300
San Francisco, California 94105
Telephone:    (415) 442-4871
Facsimile:    (415) 442-4870

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:08-CV-00138-LEW-JFM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |
| v. | |
| FEDEX KINKO'S, INC., Individually and d/b/a/ FEDEX KINKO'S #4433; FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., Individually and d/b/a FEDEX KINKO'S #4433; SPIEKER PROPERTIES #183, LIMITED PARTNERSHIP, a California limited partnership; EQUITY OFFICE PROPERTIES MANAGEMENT CORP., | |
| Defendants. | |

///

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Scott N. Johnson,
2    appearing *in pro per*, and Defendant FedEx Kinko's Office and Print Services, Inc.
3    (erroneously sued as "FedEx Kinko's, Inc." and "FedEx Kinko's #4433"), by its attorneys
4    of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney
5    at law, that the following Stipulation may be entered as an Order by the Court to give effect
6    to the stipulations set forth below:

7    **WHEREAS**, Defendant FedEx Kinko's Office and Print Services, Inc. filed its
8    Answer to the Complaint on or about February 29, 2008;

9    **WHEREAS**, the Parties have reached a settlement in this case and are in the process
10   of executing the settlement agreement;

11   **WHEREAS**, pursuant to the terms of the settlement agreement, Plaintiff agreed to
12   dismiss Defendant FedEx Kinko's Office and Print Services, Inc., *with prejudice*;

13   **WHEREAS**, on or about March 14, 2008, Plaintiff unilaterally filed a Request for
14   Dismissal of Defendant FedEx Kinko's Office and Print Services, Inc. and Leave of Court
15   to Amend Complaint ("Request").  In that Request, Plaintiff inadvertently requested that
16   Defendant be dismissed "without prejudice" rather than "with prejudice" as agreed upon
17   between the Parties;

18   **WHEREAS**, the Request also was technically deficient because pursuant to Federal
19   Rules of Civil Procedure, Rule 41(a), Defendant FedEx Kinko's Office and Print Services,
20   Inc. did not execute or stipulate to the Request;

21   **WHEREAS**, on March 17, 2008, the Court signed the order dismissing Defendant
22   FedEx Kinko's Office and Print Services, Inc. without prejudice;

23   **WHEREAS**, the Parties agree that Plaintiff's Request of March 14, 2008 should be
24   void as to Plaintiff's request that Defendant FedEx Kinko's Office and Print Services, Inc.
25   be dismissed without prejudice.  However, Plaintiff's request for leave to file an amended
26   complaint and this Court's order granting such request shall not be affected by this order;
27   and

28

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, through this Stipulation, the Parties stipulate that that Defendant FedEx Kinko's Office and Print Services, Inc. of the above-referenced action be and hereby is dismissed, *with prejudice*, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED:  March 19, 2008                         SCOTT N. JOHNSON

By: /s/ Scott Johnson
         Scott N. Johnson
Appearing *In Pro Per*

DATED:  March 19, 2008                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Gregory Cheng
         Gregory C. Cheng
Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

## ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that Defendant FedEx Kinko's Office and Print Services, Inc. (erroneously sued as "FedEx Kinko's, Inc." and "FedEx Kinko's #4433") be dismissed, with prejudice, from the above-referenced action, pursuant to FRCP Rule 41(a)(1).

DATED:  March 20, 2008

By:     /s/ Ronald S. W. Lew
         Honorable Ronald S.W. Lew, Senior,
         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

      On March 19, 2008, I served the following document(s) described as:

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)

on the persons below as follows:

Scott N. Johnson, Esq.                          IN PRO PER
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758

      I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

- ý placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

      I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

- ý (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on March 19, 2008, at Los Angeles, California.

| Leticia Rivera | /s/ Leticia Rivera |
|---|---|
| Type Name | Signature |

PDF created with pdfFactory trial version www.pdffactory.com