SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>      Plaintiff,<br><br>vs.<br><br><br>FedEx Kinko's, Inc., et al,<br><br><br><br>      Defendants | Case No.: CIV.S 08-cv-00138-LEW-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS SPIEKER PROPERTIES #183, LP; EQUITY OFFICE PROPERTIES MANAGEMENT CORP. AND ORDER**<br><br><br>Complaint Filed: JANUARY 18, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

      **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Spieker Properties #183, LP; Equity Office Properties Management Corp.) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Spieker Properties #183, LP; Equity Office Properties Management Corp.) are dismissed because Defendants are not proper parties to this action.

Dated: March 3, 2008                                  /s/Scott N. Johnson
                                                                            SCOTT N. JOHNSON
                                                                            Plaintiff, In Pro Per

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

2

3 Dated: April 8, 2008

4 <u>/s/ Ronald S. W. Lew</u>
U.S. DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-00138-LEW-JFM

PDF created with pdfFactory trial version www.pdffactory.com